# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09CR500 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KEITH CROCKETT, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on May 15, 2017. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on January 19, 2018. Counsel for the government orally moved to withdraw Violation No. 1 – Law Violation (Possession of Drugs); Violation No. 3 – Law Violation (Driving Under Suspension); Violation No. 4 – Criminal Associations; and Violation No. 5 – Unauthorized Use of Drugs. The defendant admitted to the following violation: Violation No. 2 – Law Violation (Possession of Drugs).

The magistrate judge filed a report and recommendation on January 19, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision as set forth in Violation No. 2.

A final supervised release violation hearing was conducted on February 23, 2018.

Defendant Keith Crockett, Jr. was present and represented by Attorney Jeffrey Lazarus. The United States was represented by Assistant United States Attorney Teresa Riley. United States Probation Officer Bradley Fabian was also present.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of seven (7) months, with credit for time served since January 16, 2018.

No term of supervised release shall follow in this case.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 23, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**